<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6965**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONALD KIRKLAND, a/k/a Popcorn,

Defendant - Appellant.

─────────────

**No. 01-7012**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MAYSO A. LAWRENCE, JR.,

Defendant - Appellant.

─────────────

**No. 01-7073**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

                versus


MARTHA CHARICE COOK,

                                    Defendant - Appellant.

                        _____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CR-89-391-JFM)

                        _____

Submitted:  November 8, 2001      Decided:  November 21, 2001

                        _____

Before WILKINS, MICHAEL, and KING, Circuit Judges.

                        _____

Affirmed by unpublished per curiam opinion.

                        _____

Donald Kirkland, Mayso A. Lawrence, Jr., Martha Charice Cook,
Appellants Pro Se.  Andrea L. Smith, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland; John Vincent Geise, OFFICE OF THE
UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

                        _____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying their 18 U.S.C.A. § 3582 (West 2000) motions for reduced sentences. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. United States v. Kirkland; United States v. Lawrence; United States v. Cook, No. CR-89-391-JFM (D. Md. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED